UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MEJIA,<br>   Petitioner,<br>  v.<br>ERIC HOLDER, Attorney General, et al.,<br>   Respondent.       / | No. C 14-1924 NC (PR)<br>**ORDER OF TRANSFER** |

On April 25, 2014, Petitioner, a detainee of the United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("I.C.E."), filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that the length of his ongoing detention by I.C.E. raises constitutional concerns. Petitioner also filed a motion for appointment of counsel. Petitioner is being held at the Yuba County Jail.

District courts are limited to granting habeas relief "within their respective jurisdictions." 28 U.S.C. § 2241(a). The Supreme Court has interpreted this language to require that a § 2241 petitioner challenging his present physical custody file a petition for a writ of habeas corpus in the district of confinement. Rumsfeld v. Padilla, 542 U.S. 426, 446-47 (2004). Yuba County is located within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Under such circumstances, the Court may properly transfer the case to the Eastern District. See 28 U.S.C. §§ 1404(a); Habeas L.R. 2254-3(b).

Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. In light of the transfer, this Court will defer to the Eastern District with respect to Petitioner's motion for appointment of counsel.

The Clerk is directed to transfer this matter forthwith.

IT IS SO ORDERED.

DATED: April 30, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge